# In the United States Court of Federal Claims

No. 23-1848C
(Filed: May 6, 2024)
**NOT FOR PUBLICATION**

```
*****************************************
MUTAZ ALSHARA,                           *
                                         *
                    Plaintiff,           *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
*****************************************
```

## ORDER

Plaintiff Mutaz Alshara, proceeding *pro se*, seeks monetary and equitable relief based on a variety of alleged harms. *See* Complaint (ECF 1). The government previously moved to dismiss the case for lack of jurisdiction (ECF 11), and I granted the motion. *See* Opinion and Order (ECF 14). In that order, I provided that Mr. Alshara could move for leave to amend his complaint to add additional facts supporting claims that may be within the Court's jurisdiction. *See id.* at 4. On February 12, 2024, Mr. Alshara submitted a document purporting to be his amended complaint. I will construe this document as a motion for leave to amend, and the Clerk's Office is **DIRECTED** to **FILE IT BY MY LEAVE** as such.

On review of Plaintiff's submission, it does not appear to contain facts sufficient to state a claim on subjects within the Court's jurisdiction. The motion is therefore **DENIED**.

On February 21, 2024, Plaintiff submitted a letter to the Court requesting it to be his certificate of service for all his documents filed. The Clerk is **DIRECTED** to **FILE IT BY MY LEAVE**. To the extent it seeks any relief, it is hereby **DENIED**.

The case is **DISMISSED**. For the reasons stated in the prior opinion and order, the Clerk is directed to enter judgment.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz  
STEPHEN S. SCHWARTZ  
Judge